# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRAPHIC PRINTS, INC., a California Corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BOARDRIDERS, INC., a Delaware Corporation; and DOES 1-10,<br><br>　　　　Defendants. | Case No. 8:22−cv−01783 JWH (DFMx)<br>Hon. John W. Holcomb<br><br>**JUDGMENT ON PLAINTIFF'S BREACH OF CONTRACT CLAIM**<br><br>Action Filed: September 28, 2022<br>Trial Date: March 8, 2024 |
| BOARDRIDERS, INC., a Delaware Corporation,<br><br>　　　　Counterclaimant,<br><br>　　v.<br><br>GRAPHIC PRINTS, INC., a California Corporation,<br><br>　　　　Counter-Defendant. | |

JUDGMENT

This Court, having reviewed the parties' stipulation (Dkt. 23), and good cause appearing therefore, hereby enters **JUDGMENT** in **FAVOR** of Plaintiff and Counter-Defendant Graphic Prints, Inc. ("Graphic Prints") and **AGAINST** Defendant and Counterclaimant Boardriders, Inc. as to Graphic Prints' claim for breach of contract only pursuant to Rule 54(b) of the Federal Rules of Civil Procedure. The Court expressly finds that there is no good cause for delay as to the entry of such judgment.

**IT IS SO ORDERED.**

Dated: ____June 29____, 2023

_____
Hon. John W. Holcomb
UNITED STATES DISTRICT JUDGE